UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                        Case No. 2:19-cr-20498-PDB-DRG
                                              Hon. Paul D. Borman

Alex Albert Castro, et al.,

                Defendant(s),

## NOTICE OF TELEPHONIC CONFERENCE

PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Paul D. Borman as follows:

Plaintiff(s) attorneys are hereby notified to participate as well as the defense attorney(s) for:  Alex Albert Castro, Jason Dale Kechego, Adam Taylor Wright

- STATUS CONFERENCE:  November 18, 2021 at 09:00 AM

The conference shall be initiated by .

If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                              By: s/D Tofil
                                                                  Case Manager

Dated:  November 12, 2021