UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| United States of America, | Criminal No. 19-cr-20498 |
| | Honorable Paul D. Borman |
| v. | |
| | Violation: |
| | 18 U.S.C. §§ 1111(a) |
| D-3 Adam Taylor Wright, also known as "Creeper," | |
| Defendant. | |
| _____/ | |

## SECOND SUPERSEDING INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### GENERAL ALLEGATIONS

At all times relevant to this Second Superseding Information:

1. Milan Correctional Institution ("FCI Milan") was a federal correctional institution with a detention center located in Milan, Michigan, and operated by the Federal Bureau of Prisons.

2. FCI Milan was a facility within the special maritime and territorial jurisdiction of the United States as defined in Title 18, United States Code, Section 7(3).

3. Defendant ADAM TAYLOR WRIGHT, also known as "Creeper" ("WRIGHT"), and co-defendants Alex Albert Castro, also known as "Sniper" ("Castro") and Jason Dale Kechego, also known as "J" ("Kechego"), were inmates housed in the East Unit of FCI Milan's detention center.

4. Christian Maire ("Maire") was an inmate housed in the East Unit of FCI Milan's detention center.

## COUNT ONE
### (18 U.S.C. §§ 1111(a), 2 – Second Degree Murder, Aiding and Abetting)

D-3 Adam Taylor Wright
   also known as "Creeper"

5. The allegations in paragraphs 1 through 4 of the General Allegations are incorporated into this count by reference.

6. On or about January 2, 2019, in the Eastern District of Michigan, at FCI Milan, defendant ADAM TAYLOR WRIGHT, also known as "Creeper," along with co-defendants Castro and Kechego, did willfully, deliberately, maliciously, and with malice aforethought, unlawfully kill Christian Maire, by stabbing, beating, kicking, and stomping him, and then throwing him down the stairs, all in violation of Title 18, United States Code, Section 1111(a), and did aid

and abet one another in the commission of said unlawful murder, in violation of

Title 18, United States Code, Section 2.

DAWN N. ISON
United States Attorney

CRAIG WININGER
Chief, Violent & Organized Crime Unit

*s/Frances Lee Carlson*
FRANCES LEE CARLSON
Assistant United States Attorney

*s/Andrew Picek*
ANDREW PICEK
Assistant United States Attorney

Dated: February 7, 2022

(Companion Case information MUST be completed by AUSA and initialed.)

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number<br>19-cr-20498 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** Paul D. Borman |
| ☐ Yes  ☒ No | **AUSA's Initials:** flc |

**Case Title:** USA v. Adam Taylor Wright

**County where offense occurred:** Washtenaw

**Check One:**   ☒ Felony      ☐ Misdemeanor      ☐ Petty

____ Indictment/____ Information --- **no** prior complaint.
____ Indictment/____ Information --- based upon prior complaint [**Case number:**             ]
____ Indictment/ ✔ Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** 19-cr-20498       **Judge:** Paul D. Borman

☒ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

February 7, 2022
Date

/s/ Frances Lee Carlson
Frances Lee Carlson
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9696
Fax:   313-226-3271
E-Mail address: frances.carlson@usdoj.gov
Attorney Bar #: P62624

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.